**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| JOHN W. SMITH, | : | |
| Plaintiff, | : | |
| VS. | : | |
| Captain CLIFTON and SHIRLEY LEWIS, | : | NO. 7:12-CV-59 (HL) |
| Defendants. | : | |
| | : | **O R D E R** |

On April 30, 2012, the Court received the instant action under 42 U.S.C. § 1983 filed by Plaintiff, **JOHN W. SMITH**, then a prisoner at the Lowndes County Jail  (Doc. 1).  In a May 1st referral Order, the Court ordered that this case be referred to Thomas Q. Langstaff, United States Magistrate Judge (Doc. 3).  That Order was mailed to Plaintiff at the Lowndes County Jail and was subsequently returned to the Court as undeliverable (Doc. 5).  Plaintiff has not notified this Court of his release or his whereabouts.

As this Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 18th day of May, 2012.


*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr